UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
_____ DIVISION

Michael D. Fruch )
)
)
)
versus )
)
National Travel Services Inc. )
Ramada Plaza Resorts Inc. )
Nationwide Reservations Inc. )
Et All )

**00-7107** CIV - GOLD
CIVIL ACTION NO. _____

MAGISTRATE JUDGE
SIMONTON

ORIGINAL COMPLAINT



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
_____ DIVISION


_Michael D. Fluch_  )          CIVIL ACTION NO. _____
                    )
                    )
                    )
versus              )
                    )
_National Travel Services Inc._ )
_Et All /Suite 100_ )
_2419 East Commercial Blvd._ )
_Fort Lauderdale, Florida_ 33308 )


EMPLOYMENT DISCRIMINATION COMPLAINT

    1.   This action is brought under Title VII of the Civil
Rights Act of 1964 for employment discrimination.   Jurisdiction is
conferred by Title 42 United States Code, Section 2000e-5.

    2.   The plaintiff is:        _Michael D. Fluch_

              Address:            _261 N.E. 43rd Street_

                                  _Fort Lauderdale, Florida 33334_

         County of Residence:     _Broward County_

    3.   The defendant is:        _National Travel Services Inc./Ramada_

              Address:            _Plaza Resorts Vacations Inc. Th./a/ /_

                                  _Nationwide Reservations Inc./Et All_
                                  _2419 East Commercial Blvd. Suite A_
                                  _Fort Lauderdale, Florida 33308_

_____    Check here is there are additional defendants.  List them
on a separate sheet of paper with their complete
addresses.

4.    The plaintiff has attached to this complaint a copy of
the charges filed on _March 06, 2000_____ with the Equal
Employment Opportunity Commission.

5.    On the date of _May 31, 2000_____ , the plaintiff
received a Notice of Right to Sue letter issued by the Equal
Employment Opportunity Commission; a copy is attached.

6.    Because of the Plaintiff's"

    (a) _____ race

    (b) _____ color

    (c) _✓_ sex

    (d) _____ religion

    (e) _____ national origin,

    the defendant has:

    (a) _____ failed to employ the plaintiff

    (b) _____ terminated the plaintiff's employment

    (c) _____ failed to promote the plaintiff

    (d) _✓_ other: _Retaltation, Disability, Havassment_
    _Sexual Orientation!_
    _verbal Threats In each Meetings_

6.    When and how the defendant has discriminated against the
plaintiff:

After I was Reinstated for Employment with the Defendant
the Company's upper Management started continuously to
havass me at the Workplace, Breached my Confidntality to so
my terminall Illness, made Derogatory Remarks, wrongfull
white Up/Constructive Discharge, Battering, monitoring my
Calls all the True/Hostile Work Environment, Torturing me
etc. see attached Exhibits!

8.    The plaintiff requests that the defendant be ordered:

(a) _____ to stop discriminating against the plaintiff

(b) _____ to employ the plaintiff

(c) _____ to re-employ the plaintiff

(d) _____ to promote the plaintiff

(e) _____ to compensate me for all Damages the Company has cost me!

_____ and that;

(f) _____ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

Signature of Plaintiff

Address:  261 N.E. 43rd Street

Fort Lauderdale, Florida 33334

Telephone: (954) 568 - 5420

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| completing this form. | ☒ EEOC | 15040 1454 |

Florida Comm. on Human Relations _____ and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | | HOME TELEPHONE *(Include Area Code)* |
|---|---|---|
| Mr. Michael Finch | | (954) 568-5420 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 261 N.E. 43rd Street, Fort Lauderdale, FL 33334 | | 01/01/1970 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| National Travel Services, Inc. | Cat B (101-200) | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 871 West Oakland Park Blvd, Fort Lauderdale, FL 33311 | | 011 |

| NAME | | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER *(Specify)*

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST | LATEST |
| 06/01/1999 | 03/01/2000 |
| ☐ CONTINUING ACTION | |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I am a qualified individual with a disability. I have filed a previous charge, 15A 99 0181 against Respondent. Because of my disability and the filing of my original charge, I am being harassed and retaliated against.

Respondent has given me no reason for its actions.

I believe I am being discriminated and retaliated against in violation of the Americans with Disabilities Act of 1990.

| ☑ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| ✗ 03/06/00<br>Date    Charging Party *(Signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) |

EEOC FORM 5 (Rev. 06/92)

FEPA COPY

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

# NOTICE OF RIGHT TO SUE
*(ISSUED ON REQUEST)*

| To: | From: |
|---|---|
| Michael Finch<br>261 N.E. 43rd Street<br>Ft. Lauderdale, FL 33334<br><br>☐ *On behalf of a person aggrieved whose identity is CONFIDENTIAL<br>(29 C.F.R. 1601.7(a))* | **Miami District Office**<br>**Equal Employment Opportunity Commission**<br>**One Biscayne Tower, Suite 2700**<br>**2 South Biscayne Boulevard**<br>**Miami, Florida 33131-1805** |

| Charge Number | EEC Representative | Telephone Number |
|---|---|---|
| 150A01859 | Willie Mae Moody, Senior Investigator | (305) 530-6045 or 530-6050 |

(See the additional information attached to this form.)

## NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act(ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your suit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice**. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEC will be able to complete its administrative processing within 180 days from the filing of the charge.

☒ *The EEC is terminating its processing of this charge.*

☐ The EEC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case**:

☐ The EEC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice**. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ EEC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEC charge is not required). EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court compliant to this office.

On Behalf of the Commission

**MAY 3 1 2000**
_____
(Date Mailed)

_____
Federico Costales, District Director

Enclosures
    Information Sheet
    Copy of Charge

cc:   National Travel Service, Inc.        Kimberly Daise, P.A.
     C/O Joseph G. Santoro, Esquire    Attorney At Law
     Greenspoon Marder Hirschfeld Rafkin   1236 SE 4th Ave.
     100 W. Cypress Creek Rd., Ste. 700   Ft. Lauderdale, FL 33316
     Ft. Lauderdale, FL 33309

EEC Form 161-B (10/96)

**UNDER THE LAWS ENFORCED BY THE EEC**

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

## PRIVATE SUIT RIGHTS -- Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):

In order to pursue this matter further, you must file lawsuit against the respondent(s) named in the charge **within 90 days of the date you receive this Notice.** Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was mailed to you** (as indicated where the Notice is signed).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

## PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: backpay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/96 to 12/1/96, you should file suit before 7/1/98 -- not 12/1/98 -- in order to recover unpaid wages due for July 1996. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

## ATTORNEY REPRESENTATION -- Title VII and the ADA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

## ATTORNEY REFERRAL AND EEC ASSISTANCE -- All Statutes:

You may contact the EEC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEC destroys charge files after a certain time, all charges are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

**IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.**

## INTAKE QUESTIONNAIRE

This form is affected by the Privacy Act, of 1974, too Privacy Act Statement on reverse before completing this form

Please answer following questions, telling us briefly why you have been discriminated against in employment   An officer of the EEOC will talk with you after you complete this form

| | | EEOC USE ONLY |
|---|---|---|
| | | Home (Intake Officer) |

NAME  Michael  Finch   DATE OF BIRTH _____
    (First)   (Middle Name or Initial)   (Last)   DATE _____

ADDRESS  216  N. E. 43rd Ave   TELEPHONE NO (Include area code (954) 568-5400

CITY  Ft. Lauderdale   STATE  Fl   ZIP CODE  33334   COUNTY  Broward

Please provide the name of an individual at a different address who is in the local area and who would know how to reach you.

NAME Kenneth Jenkins RELATIONSHIP Friend   TELEPHONE (954) 739-2147
    (include area code)

ADDRESS 3379 N W 18th Ct, CITY Ft. Laud, STATE FL   ZIP CODE 33311

What action was taken against you that you believe to be discrimination? What harm, if any, was caused to you or others in your work situation as a result of that action? (If more space is required, use the reverse side.)

___

Do you believe this action was taken against you because of: (Check the one(s) that apply and specify your race, sex, age, religion, or ethnic identity.)

☐ RACE   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN   ☐ AGE   ☒ RETALIATION   ☐ COLOR

☒ OTHER, EXPLAIN BRIEFLY BELOW disability

I WAS DISCRIMINATED AGAINST BY: (Check the one(s) that apply)

☒ EMPLOYER   ☐ UNION (Give Local No.)   · ☐ EMPLOYMENT AGENCY   ☐ OTHER (Specify)

| | |
|---|---|
| NAME National Travel Serv./Ramada Plaza Hth | NAME _____ |
| ADDRESS 871 West Oakland Park Blvd. | ADDRESS _____ |
| CITY, STATE, ZIP CODE Ft. Laud., FL 33311 | CITY, STATE, ZIP CODE _____ |
| PHONE NUMBER _____ | PHONE NUMBER _____ |
| APPROXIMATE NUMBER EMPLOYED BY THIS EMPLOYER 200 | WHEN WAS THE MOST RECENT DATE FOR THE HARM YOU ALLEGED TOOK PLACE: |

Are you now employed by the Employer that harmed you? Answer below.

YES: FROM 3/99
    (Date)
    NO: I APPLIED FOR _____
    (Position)
    OR: I WAS EMPLOYED AS _____
    (Position)

CURRENT POSITION Booking Agent   ON _____
    (Date)
    UNTIL _____ I WAS _____
    (Laid off, fired, etc.)

Normally, your identity will be disclosed to the organization which allegedly discriminated against you.

Do you ☐ consent or ☐ not consent to such disclosure?

Have you sought assistance about the action you think was discriminatory from any Government agency, from your union, an attorney, or from any other source?   ☐ No   ☒ Yes (if answer is yes, complete below)

| NAME OF SOURCE OR ASSISTANCE | DATE 12/14/99 |
|---|---|
| RESULT, IF ANY: Settlement Agreement | |

Have you filed an EEOC Charge in the past?   ☐ NO   ☒ Yes (if answer is yes, complete below)

| APPROX. DATE FILED Feb. 1999 | ORGANIZATION CHARGED National Travel Serv. | CHARGE NUMBER (IF KNOWN) 15A990181 |
|---|---|---|

Board of County Commissioners, Broward County, Florida
HUMAN ~~RIGHTS DIVISION~~ EEOC - Intake ~~DIVISION~~
**CHARGING PARTY INFORMATION FORM**

INSTRUCTIONS: It is important that this form be completed, either typed or handwritten, and returned to the Broward County Human Rights Division, 115 S. Andrews Avenue, A640, Ft. Lauderdale, Florida, 33301, as soon as possible. A self-addressed, postage paid, envelope has been provided for return of this document. The Division needs the following information in order to properly process your complaint.

NAME: __Finch__ __Michael__
    (Last)              (First)              (Middle)

ADDRESS: __261 N.E. 43rd Street  Ft. Lauderdale, FL 33334__

(Street and number, Post Office Box, Route Number, etc. If Post Office Box or Rural Route address is used, please give detailed instructions on reverse for reaching your residence. Directions should be from a locally well-known landmark, such as Post Office, School, Factory, etc.)
(INCLUDE APARTMENT NUMBER, IF APPROPRIATE, AND NAME OF APARTMENT COMPLEX)

_____
    (City)                  (State)              (Zip Code)

Spouse's Name: __N/A__

Spouse's Address, if different from yours: __N/A__

Phone Numbers            Area Code            Phone Number
    Home            (954) 586-5420            586-5420
    Work
    Spouse's Work

Name, address and phone number of a friend or relative who will know your whereabouts at all times.

Name __Kenneth Jenkins__ Relationship __Friend__
Address __3379 N.W. 18th Ct.  Ft. Laud., Fl 33321__
Phone __(954) 739-2147__

Your Employer: __Publix__
                (Name and Address)

Your Supervisor: _____
                (Name and Position of Supervisor)

May you be contacted at work without difficulty: Yes _____  No __X__

Best hours to be reached at home __AFTER 5pm__ at work _____

Name, address and phone number of nearest blood relative who does not live with you.
__NONE - Friend above__

I understand that it is my responsibility to notify your Division of any changes in address, phone number(s), and employment status until this complaint has been resolved. I received a business card with the phone number of this Division and the person to contact if I have further questions.

__12/14/99__
    Date

_____
    Signature

Board of County Commissioners, Broward County, Florida
HUMAN RIGHTS DIVISION EEOC- Intake Division

## EMPLOYMENT SCREENING FORM

The purpose of this form is to assist the Division in determining whether or not you have a complaint that meets the proper jurisdictional requirements. If you do meet the filing standards, you will be given a questionnaire for additional information.

| | |
|---|---|
| Your Name: | Michael Finch               Date: _____ |
| Your Address: | 261  N.E. 43rd Street  Ft. Lauderdale FL 33334 |
| Your Telephone #: | (954) 586 - 5420 |
| Name of Company: | National Travel Serv. Inc/ Ramada Plaza Bch Resort/ |
| | ET ALL                                    **Circle One** |

|  |  |  |  |
|---|---|---|---|
| Does company employ fifteen or more people? | (YES) | NO | NOT SURE |
| Did the discriminatory act take place in Broward County? | (YES) | NO | NOT SURE |
| Did the discriminatory act take place within 180 days? | (YES) | NO | NOT SURE |
| Did the discriminatory act take place within 365 days? | (YES) | NO | NOT SURE |
| Are you an independent contractor? | YES | (NO) | NOT SURE |
| Is your complaint against a Union? | YES | (NO) | NOT SURE |
| Is your complaint against an employment agency? | YES | (NO) | NOT SURE |

---

### What is the basis of your complaint? (Circle appropriate basis)

| RACE | COLOR | RELIGION | SEX | NATIONAL ORIGIN |
|---|---|---|---|---|
| (DISABILITY) | | MARITAL STATUS | | ~~POLITICAL AFFILIATION~~ |
| (RETALIATION) | | AGE | | SEXUAL ORIENTATION |

---

### What is the issue of your complaint?

1. Breach of contract / Retaliation ref. settlement
2. Continued harassment
3. Cutting hours
4. No retroactive pay after review
5. Degrading and harassing comments ref. status with AIDS
6.

_____

_____

FOR OFFICE USE ONLY:                         SIGNATURE

_____

_____

Staff Signature

Board of County Commissioners, Broward County, Florida
~~HUMAN RIGHTS DIVISION~~ EEOC

## INTAKE QUESTIONNAIRE

Date: __01/25/00__

I. General Information:

Please furnish the following information:

Your name: __Mr. Michael Finch__
(Mr., Mrs. Ms., etc.)

Your address: __261 N.E. 43rd Street__

__Ft. Lauderdale, FL__       __33334__
(City, State)                                     (Zip Code)

The County you live in: __Broward__

The County you work in: __Broward__

Your home phone number: __(954) 568 - 5420__

Your work phone number: _____

Your Date of Birth: _____

Please provide the name of a relative, friend, or neighbor, who would know how to reach you:

Name: __Kenneth Jenkins__

Phone Number: __(954) 739 - 2147__

Have you sought assistance about the action you think is discriminatory from any government agency, from your union, an attorney or from any other service?

☐ No    ☒ Yes (if yes, complete below)

Name of source of assistance: __Complaint Filed EEOC.__
__Est.__
Date: __Feb. 99__

Result: __Settlement Agreement__

Have you filed a discrimination complaint in the past?

☐ No    ☒ Yes (if yes, complete below)

Approx. date filed: __Feb. 99__

Organization charged: __EEOC.__                             __′₁__

Charge Number (if known): __15A990181__    __EM: 218-12-98__

(BL)

II. Jurisdictional Information:

How did you find out about the Human Rights Division? _____

_____

What was the cause of the Discrimination which affected you based upon: (Circle the appropriate basis)

| Race | Color | Religion | National Origin | Marital Status | Handicap |
|---|---|---|---|---|---|

| Age | Sex | Retaliation | | Political Affiliation | Familial Status |
|---|---|---|---|---|---|

Your sex (if sex complaint):   ☒ Male   ☐ Female

Your race (if race complaint):   ☐ Black   ☒ White   ☐ Asian/Pacific Islander   ☐ Hispanic

☐ American Indian   ☐ Alaskan National

Your National Origin (Please list if national origin complaint): _____

Your Marital Status (if marital status complaint): ☒ Single   ☐ Widowed   ☐ Divorced

Your Handicap (Please list if handicap complaint): _____ HIV +_____

Your Religion (Please list denomination if religion complaint): _____

The most recent date (month, day, year) you were allegedly discriminated against (e.g., the date you were discharged etc.) is:

_____

The Name (company or government agency's name), Address and Phone Number of the Employer which you are alleging discriminated against you. If you are filing a housing or public accommodation complaint, name the apartment complex, condominium association or development, public facility, etc.

Name: _National Travel Serv. Inc. | Ramada Plaza Bch Resort / ET ALL_

Address: _871 West Oakland Park Blvd._

_Ft. Lauderdale, FL_    _33311_
(City, State)                                              (Zip Code)

Phone Number: _____

The approximate number of persons employed by the Employer which you are alleging discriminated against you. If housing, give the approximate number of units, houses in development, etc.

_400_____

Your date of hire: (if employment): _____ March, 1999 _____

Your present position or position held at time of discriminatory act:

_____ Upgrade booking agent _____

What personal harm did you experience? e.g., were you discharged, denied a promotion, etc., refused opportunity to rent or buy, evicted, etc., or denied service, etc.

Due to my HIV condition and resentment over my hire, Nat. Travel Serv failed to abide by settlement agreement for EEOC charge EM-218-12-98. They failed to provide 40hr work week as agreed. Performance Evaluation done on 8/4/99 instead of 6/29/99 denying retroactive pay due. Same evaluation was deliberately and inadequtly altered further denying benefits due. Management has tolerated harassing behavior including anti-HIV remarks.

What reason(s) (if any) were you given for the action taken against you.

National Travel Serv has given no explanations.

_____

_____

_____

_____

_____

_____

The reason you believe that your race, color, sex, religion, national origin, age, handicap, marital status, financial status, political affiliation and/or retaliation determined the action that was taken against you:

National Travel Serv. has resented my hire and I have been the subject of demeaning treatment since my hire. They have failed to abide by terms of settlement agreement as outlined above. I have been denied benefits due. Management is aware of hostile anti-HIV environment but tolerates it.

_____

_____

If you have any direct evidence which would support your claim that the action taken against you was because of your race, color, sex, religion, national origin, age, handicap, marital status, familial status, political affiliation or in retaliation for your engaging in a protected activity, please present it at this time. (Direct evidence can be testimonial or documentary. An example would be a company memo in which it is stated that the company wants to get rid of the older workers).

☐ I have no direct evidence.   ☒ I have direct evidence as follows:

I have been denied benefits as previously
outlined

If you know of anyone who was treated differently from you under similar circumstances, please identify by name and job title (if employment). Also identify the person's classification according to your reason for filing the complaint. (For example: If you are filing a race complaint, identify what race the person is. Also explain briefly, what the person(s) did and how the person(s) was treated differently than you.)

I am unaware that anyone else has been denied
benefits due.

Witness(es) to the Action:

_____

_____

_____

_____

_____

_____

I swear or affirm under penalty of perjury that my answers to the foregoing questions are true and correct.

_12/14/99_
  Date                                                                Signature

For Office Use Only:

Intake notes: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

National Travel Services Inc.
Ramada Plaza Beach Resort/ET ALL
871 West Oakland Park Blvd.
Fort Lauderdale, FL 33311

Michael Finch
261 N.E 43rd Street
Fort Lauderdale, FL 33334
(954) 568-5420

To whom it may concern:

I hereby file charges as followed against the above company for,

- Breach of contract/ and retaliation based on past settlement. The company does not hold to the agreement to pay the forty hours a week as a full time employee.

- Continued harassment at the workplace, (verbal threats at meetings) and or harassments by the departments supervisors and/ or managers.

- Hours cut on full time employees; while the company is still hiring and paying top salaries to newly hired employees, laying off those employees that have not completed there probationary period thus creating a hostile working environment on the remaining employees.

- My review was due on 06/29/99, but was actually received on 08/14/99 with no retroactive pay. (Discriminatory action from company based on retroactive pay at random.)

- Constantly being publicly degraded in the form of telling me to "take my happy pills" to perform better on the job.

- Documents in my file have blatantly tampered with whiteout to change that I scored top points on the review, but no percentage of raise given.

- I am currently under psychiatric care because of the emotional stress under duress, and I also have plenty of other employees who can agree on what I have stated on the above issues.

I would rather be working than be on disability because I do enjoy my job and I am very proficient at it, but this continued harassment is changing both my job and my health into an unmanageable situation.

Thanking you in advance.

Michael Finch

261 N.E. 43rd Street
Ft. Lauderdale, FL 33334
Telephone (954) 568-5420

December 6, 1999

National Travel Services/Ramada Plaza Beach Resort, Inc./ET ALL
871 W. Oakland Park Blvd.
Ft. Lauderdale, FL 33311

Γ   1 Ö i999

RE: Formal Complaint Against -
    Mrs. Virginia Johnson - T/O Supervisor

Dear Sir or Madam,

I am writing this complaint in regard to three issues:

TREATMENT IN WORKPLACE - Mrs. Johnson has a very condescending attitude toward reservation agents and is very abrupt. When payroll checks come in Supervisors, T/O Supervisors and Management immediately take out their checks, then hand out payroll checks to the night-shift. When I stepped forward requesting my payroll check I was very rudely told by Mrs. Johnson I would not receive my paycheck until four o'clock, making it impossible for me to make it to the bank on time to deposit my check. I personally believe this is a very unfair treatment to myself as well as other employees.

SCHEDULED WORK HOURS - Per a private agreement with the owner of the company, "I am not permitted to go into details with my supervisors", Mrs. Johnson is still scheduling me for weekend hours. She is fully aware because I have repeatedly spoke to her about this, without going into details, that my established working hours are to be Monday through Friday, eight hours per day, no weekends. It is my strong belief she is doing this on purpose.

HARASSMENT - There have been numerous verbal threats by Mrs. Johnson and Management that if I do not produce I will be replaced and/or removed from their department. There have also been verbal threats that if I do not go word for word on the company "pitch" I will be written up. I have been publicly degraded in front of my co-workers, been told "Take one of your happy pills, calm down and get back on the phone." This constant continuance of humiliation and disrespect is causing me extreme emotional stress, which is affecting me physically as well as mentally.

I expect no retaliation from Mrs. Johnson/Management/Supervision regarding this formal complaint.

I do like working here, enjoy my job and I am very proficient at it. Under the circumstances mentioned above I personally think something needs to be done to correct this unmanageable situation.

P.S. I have already lost two upgrade deals worth $30.00 because of yelling, shouting and screaming in the background of the room by supervisors. As I see it if I am losing money because of this situation so is the company.

Sincerely,

Michael D. Finch

CC: Human Resources
    President/Vice President, National Travel Services/Ramada Plaza Beach Resort, Inc./ET ALL
    Department Of Labor
    Human Rights Division/EEOC Miami
    Sun-Sentinel
    Kimberly Daise, Esq.

23 .
/n
c.i  i i.ta.ho

**FRIEDBERG MEDICAL GROUP, INC.**
1400 East Oakland Park Boulevard
Suite 109
Fort Lauderdale, Florida 33334
Phone (954) 564-3223 • Fax (954) 564-7149

LYSSETTE L. CARDONA, M.D., M.P.H.
Board Certified in Internal Medicine
and Infectious Diseases

RE: _Michael Finch_

DATE: _2/17/00_

TO WHOM IT MAY CONCERN:

The above named patient is currently under my care and is able to return to work
on ___3/3/00___. the patient does / does not have restrictions.

If there are any further questions please call my office at the above number.

Sincerely,

_Lardona mo_

Lyssette Cardona, MD
LC/mdk

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**

Michael J. Fruch
261 N. E. 43rd Street
Fort Lauderdale, Florida 33334

**DEFENDANTS**

National Travel Services Inc. /Et All
2419 East Commercial Blvd. Suite 100
Fort Lauderdale, Florida 33308

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Broward County
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   Broward County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

MAGISTRATE JUDGE
SIMONTON

**(c)** ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)

None A-NORTH - 7107-6040 / Simonton

ATTORNEYS (IF KNOWN) Greenspoon, Mowder Hirschfeld
100 W. Cypress Creek Rd, Suite 700
Fort Lauderdale, Florida 33309

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD,) PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

| II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY) | III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF (For Diversity Cases Only) AND ONE BOX FOR DEFENDANT) |
|---|---|

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 151 Medicare Act <br> B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) <br> B☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholders' Suits <br> ☐ 190 Other Contract <br> ☐ 195 Contract Product Liability | **PERSONAL INJURY** <br> ☐ 310 Airplane <br> ☐ 315 Airplane Product Liability <br> ☐ 320 Assault, Libel & Slander <br> ☐ 330 Federal Employers' Liability <br> ☐ 340 Marine <br> ☐ 345 Marine Product Liability <br> ☐ 350 Motor Vehicle <br> ☐ 355 Motor Vehicle Product Liability <br> ☐ 360 Other Personal Injury | **PERSONAL INJURY** <br> ☐ 362 Personal Injury – Med. Malpractice <br> ☐ 365 Personal Injury – Product Liability <br> ☐ 368 Asbestos Personal Injury Product Liability <br> **PERSONAL PROPERTY** <br> ☐ 370 Other Fraud <br> ☐ 371 Truth in Lending <br> ☐ 380 Other Personal Property Damage <br> ☐ 385 Property Damage Product Liability | B☐ 610 Agriculture <br> B☐ 620 Other Food & Drug <br> B☐ 625 Drug Related Seizure of Property 21 USC 881 <br> B☐ 630 Liquor Laws <br> B☐ 640 R.R. & Truck <br> B☐ 650 Airline Regs <br> B☐ 660 Occupational Safety/Health <br> B☐ 690 Other | ☐ 422 Appeal 28 USC 158 <br> ☐ 423 Withdrawal 28 USC 157 <br> **A PROPERTY RIGHTS** <br> ☐ 820 Copyrights <br> ☐ 830 Patent <br> ☐ 840 Trademark | ☐ 400 State Reapportionment <br> ☐ 410 Antitrust <br> ☐ 430 Banks and Banking <br> ☐ 450 Commerce/ICC Rates/etc <br> ☐ 460 Deportation <br> ☐ 470 Racketeer Influenced and Corrupt Organizations <br> ☐ 810 Selective Service <br> ☐ 850 Securities/Commodities/ Exchange <br> ☐ 875 Customer Challenge 12 USC 3410 |
| **A REAL PROPERTY** <br> ☐ 210 Land Condemnation <br> ☐ 220 Foreclosure <br> ☐ 230 Rent Lease & Ejectment <br> ☐ 240 Torts to Land <br> ☐ 245 Tort Product Liability <br> ☐ 290 All Other Real Property | **A CIVIL RIGHTS** <br> ☐ 441 Voting <br> ☒ 442 Employment <br> ☐ 443 Housing Accommodations <br> ☐ 444 Welfare <br> ☒ 440 Other Civil Rights | **A LABOR** <br> **PRISONER PETITIONS** <br> B☐ 510 Motions to Vacate Sentence <br> **HABEAS CORPUS:** <br> B☐ 530 General <br> A☐ 535 Death Penalty <br> B☐ 540 Mandamus & Other <br> B☐ 550 Civil Rights <br> B☐ 555 Prison Condition | **A LABOR** <br> ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Mgmt. Relations <br> ☐ 730 Labor/Mgmt. Reporting & Disclosure Act <br> ☐ 740 Railway Labor Act <br> ☐ 790 Other Labor Litigation <br> A☐ 791 Empl. Ret. Inc. Security Act | **B SOCIAL SECURITY** <br> ☐ 861 HIA (1395ff) <br> ☐ 862 Black Lung (923) <br> ☐ 863 DIWC/DIWW (405(g)) <br> ☐ 864 SSID Title XVI <br> ☐ 865 RSI (405(g)) <br> **FEDERAL TAX SUITS** <br> A☐ 870 Taxes (U.S. Plaintiff or Defendant) <br> A☐ 871 IRS – Third Party 26 USC 7609 | ☐ 891 Agricultural Acts <br> ☐ 892 Economic Stabilization Act <br> ☐ 893 Environmental Matters <br> ☐ 894 Energy Allocation Act <br> ☐ 895 Freedom of Information Act <br> ☐ 900 Appeal of Fee Determination Under Equal Access to Justice <br> ☐ 950 Constitutionality of State Statutes <br> ☐ 890 Other Statutory Actions A OR B |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Based on the FDA Act with a Disability

LENGTH OF TRIAL via _1_ days estimated (for both sides to try entire case)

Retaliation, discrimination, harassment

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES   ☐ NO

**VIII. RELATED CASE(S)** (See instructions):
IF ANY

JUDGE ___ ∅ ___   DOCKET NUMBER ___ ∅ ___

DATE   08/04/00

SIGNATURE OF ATTORNEY OF RECORD